**STATE of Missouri, Respondent,**

v.

**Vivian PEEBLES, Appellant.**

No. 70959.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 8, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Asst. Attorney General, Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

Movant appeals after sentencing of charges of assault first degree, § 565.050 RSMo 1994 and armed criminal action, § 571.015 RSMo 1994. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 30.25(b).